ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:26-po-00092-SAB |
| Plaintiff, | [Citation #F5717360 CA/42] |
| v. | |
| HANSEL M. LORENZOPORTAS | MOTION AND ORDER FOR DISMISSAL AND TO VACATE TRIAL DATE |
| Defendant. | TRIAL DATE: August 7, 2026 at 10:00 a.m. |

The United States of America, by and through Eric Grant, United States Attorney, and Arelis M. Clemente, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00092-SAB [Citation #F5717360 CA/42] against HANSEL M. LORENZOPORTAS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  The United States further moves to vacate the trial date of August 7, 2026, in the interest of justice.

DATED: July 7, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By:    /s/ *Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

1

U.S. v. LorenzoPortas
Case No. 1:26-po-00092-SAB

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:26-po-00092-SAB [Citation #F5717360 CA/42] against HANSEL M. LORENZOPORTAS is dismissed, without prejudice, in the interest of justice, and that the trial date of August 7, 2026, is hereby vacated.

IT IS SO ORDERED.

Dated:    **July 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge

U.S. v. LorenzoPortas
Case No. 1:26-po-00092-SAB